ACCEPTED
12-15-00010-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/23/2015 9:39:59 AM
CATHY LUSK
CLERK

**NO. 12-15-00010-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/23/2015 9:39:59 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **KELTON DEREK WILSON** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs.** | § | **TWELFTH DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **SITTING IN TYLER, TEXAS** |

MOTION TO FILE APPEAL BRIEF LATE

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Linda A. Altier, Attorney for Kelton Derek Wilson, Appellant in the above styled and numbered case, and moves this Court as follows:

In compliance with the Texas Rules of Appellate Procedure, I hereby request permission to file Appellant's brief late and in support state the following:

A.    The deadline for filing Appellant's Brief was June 22, 2015;

B.    Appellant's Brief was completed on June 22, 2015, however, I had difficulty e-filing on that date and could not correct the problem until January 23, 2015.

C.    Therefore, I have attached the Appeal Brief as an attachment to this Motion to File Late, and I respectfully request the Court of Appeals to accept Appellant's Appeal Brief for consideration at this time.

Respectfully Submitted,

ALTIER LAW OFFICES
1527 E. Fifth St.
Tyler, Texas   75701
Tel:   903-595-4232
Fax:   903-595-0031

By: /s/ *Linda A. Altier*
Attorney for Appellant
TSBN: 00783541
e-mail: altierlaw@gmail.com

## Certificate of Service

In compliance with TRAP 9.5(e), I certify a copy of this notice has been served on counsel for the State, Mark Hall, by e-mail on June 23, 2015. I further certify by my signature below that the information contained in this motion is true and within my personal knowledge.

/s/ *Linda A. Altier*